*Scire facias* proceeding by Edwin M. Wilmer against Charles R. Bagnelle. From a judgment quashing the writ on appeal from the People's Court of Baltimore City, said Wilmer appeals. Appeal dismissed.

The cause was submitted on brief to Bond, C. J., Pattison, Urner, Adkins, Digges, Parke, and Walsh, JJ.

*Edwin M. Wilmer,* for the appellant.

Adkins, J., delivered the opinion of the Court, dismissing the appeal, appellant to pay the costs.

---

## LOUIS S. ASHMAN *v.* WALTER KOCH et al.

*Mortgage—Waiver—Foreclosure Sale.*

A waiver by mortgagees in favor of a purchaser of the property *held,* on a construction thereof, to be conditional in character.

On an issue as to the distribution of the surplus proceeds of a mortgage sale, *held* that, the record failing to show the amount due claimants under a third mortgage, the case should be remanded that additional testimony be taken.

*Decided January 12th, 1926.*

Appeal from the Circuit Court of Baltimore City (Dawkins, J.).

Exceptions by Louis S. Ashman to an auditor's account. From an order dismissing the exceptions and ratifying the account, the exceptant appeals. Case remanded.

The cause was argued before Bond, C. J., Pattison, Urner, Adkins, Offutt, Digges, Parke, and Walsh, JJ.

*J. Kemp Bartlett, Jr.,* for the appellant.

*Eldridge Hood Young,* with whom was *Harry T. Kellman* on the brief, for Mayer Resnick and Minnie Resnick, appellees.

Walsh, J., delivered the opinion of the Court, remanding the case, without affirmance or reversal, for further proceedings in accordance with the opinion, the costs to abide the event.